**Opinion issued January 21, 2016**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-16-00011-CV

—————————————

## IN RE D. PATRICK SMITHERMAN, Relator

———————————————————————————————————

### Original Proceeding on Petition for Writ of Mandamus

———————————————————————————————————

## MEMORANDUM OPINION

Relator, D. Patrick Smitherman, seeks a writ of mandamus to compel the respondent, the Honorable Richard Beacom, to (1) set for oral hearing in Houston relator's motion to clarify and to rule on this motion, and (2) set relator's request

for a temporary injunction for an oral hearing in Houston and to rule on this request.[1]

We deny the petition.

**PER CURIAM**

Panel consists of Justices Higley, Huddle, and Lloyd.

---

[1] The underlying case is *Commission for Lawyer Discipline v. D. Patrick Smitherman*, cause number 2010-10256, pending in the 129th District Court of Harris County, Texas, the Honorable Richard Beacom, presiding.